UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JOSE DELEON,

    Plaintiff,

v.                                                Case No. 5:19cv64-TKW-MAF

KENNETH RAPPAPORT, et al.,

    Defendant.
_____/

## ORDER

This case is before the Court based upon the magistrate judge's Report and Recommendation (Doc. 21). No objections were filed. Having reviewed the Report and Recommendation and the case file, I agree with the magistrate judge's determination that the amended complaint fails to state an Eighth Amendment deliberate indifference claim against any of the defendants and is due to be dismissed under 28 U.S.C. §§1915(d)(2)(B)(ii) and 1915A(b)(1). Accordingly, it is

**ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. The amended complaint (Doc. 20) is **DISMISSED with prejudice**, and the Clerk shall close the file.

**DONE and ORDERED** this 19th day of June, 2020.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**